Attachment 1- Civil Complaint

United States District Court

Western District of Texas

2021 MAY 14  AM 11: 24

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____

Derrick V Smith (pro se)

Plaintiff

1:21CV0427 RP

Vs

~~Oakdale FCC~~
Bureau of Prison
Defendant

COMPLAINT

Derrick V Smith 3130 E Villa Maria Rd. Apt 515 Bryan, Tx 77803

Federal Bureau of Prisons 320 First St. NW Washington, DC 20534 Ph# 202-307-3198

    I had complained about the black mold that was visible when I first arrived at this prison. After a few years there I started to complain about my health concerns, as well as my overall health with my asthma which was beginning to get worse. I was constantly ill and I tried to get a medical transfer but was denied. At first, I was denied by the doctor, the warden, and then the Bureau of Prisons (BOP). Ultimately on or around 2/3/2018 I went to the clinic about my sickness because at this time my health had began to decline significantly and I wasn't able to hold anything down that I tried to eat/drink. I had trouble going to the restroom to have a

that there was nothing that Oakdale facility could do, and I would have to go to another prison. When I got to the Medical Prison in Minnesota, I was sent to the Mayo Clinic and it was there where I found out that the cause of my hearing loss was from me being exposed to a virus.

I am seeking compensation of 25 million dollars for the pain and suffering I have suffered as well as the permanent hearing loss I have endured.

*Derrick Smith*  5-14-21

Derrick V Smith
3130 E Villa Maria Rd. Apt 515
Bryan, Tx 77803